## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Meyer Gelfman, et al.

                     Plaintiff,

v.                                    Case No.: 1:22−cv−05006
                                            Honorable Robert W. Gettleman

Illinois Gastroenterology Group, P.L.L.C.

                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 14, 2023:

      MINUTE entry before the Honorable Robert W. Gettleman: For the reasons set forth therein, Motion For An Extension Of Time To Respond To Plaintiff's Complaint [18] is granted. By agreement, defendant's responsive pleading due on or before 3/15/2023. This is the final extension that will be granted on defendant's responsive pleading. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.